UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
TAMI L. CROOKS,                                    :
                                                   :    CASE NO. 5:12-CV-2876
           Plaintiff,                              :
                                                   :
vs.                                                :    OPINION & ORDER
                                                   :    [Resolving Docs. 1, 15]
COMMISSIONER OF SOCIAL                             :
SECURITY,                                          :
                                                   :
           Defendant.                              :
                                                   :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On November 19, 2012, Plaintiff Tami L. Crooks filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's decision to deny her disability benefits.[1] Consistent with Local Rule 72.2, the matter was referred to Magistrate Judge Nancy A, Vecchiarelli. On May 31, 2013, Magistrate Judge Vecchiarelli filed a Report and Recommendation recommending that the Administrative Law Judge properly assessed Ms. Crooks's prior relevant work and that the decision of the Commissioner is supported by substantial evidence in the record.[2] Accordingly, Magistrate Judge Vecchiarelli recommended that the Commissioner's decision be affirmed.[3]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[4] The

---

[1] [Doc. 1.]

[2] [Doc. 15.]

[3] [Doc. 15.]

[4] 28 U.S.C. § 636(b)(1)(C).

Case No. 5:12-CV-2876
Gwin, J.

Act gives parties fourteen days to file objections.[5] Failure to object within this time waives a party's right to appeal the district court's judgment.[6] Absent objection, a district court may adopt the magistrate judge's report without review.[7]

In this case, neither party has objected to the Magistrate Judge's recommendation. Moreover, having conducted its own review of the Report and Recommendation, record, and parties' briefs, the Court agrees with the recommendation of Magistrate Judge Vecchiarelli that the Court affirm the Commissioner's decision.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Vecchiarelli's Report and Recommendation and incorporates it fully herein by reference, and **AFFIRMS** the Commissioner's denial of benefits.

IT IS SO ORDERED

Dated: June 17, 2013              s/      *James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE

---

[5] *Id.*

[6] Fed. R. Civ. P. 72(a); *see also Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

[7] *See Thomas*, 474 U.S. at 149.